# EXHIBIT A

FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**June 18, 2009**

**FOR THE TENTH CIRCUIT**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

WILDEARTH GUARDIANS,
a not-for-profit corporation,

      Plaintiff-Appellee,

v.

UNITED STATES FOREST
SERVICE, a federal agency within the
U.S. Department of Agriculture; RICK
CABLES, in his official capacity as
Regional Forester of the U.S. Forest
Service's Rocky Mountain Region;
CHARLES S. RICHMOND, in his
official capacity as Supervisor of the
Grand Mesa, Uncompahgre, Gunnison
National Forest; UNITED STATES
DEPARTMENT OF THE INTERIOR,
a federal agency; C. STEPHEN
ALLRED, in his official capacity as
Assistant Secretary, Land and
Minerals Management, U.S.
Department of the Interior,

      Defendants-Appellees,

   and

MOUNTAIN COAL COMPANY,
L.L.C., a Delaware Limited Liability
Corporation,

      Movant-Appellant.

No. 09-1089
(D.C. No. 1:08-CV-02167-JLK)
(D. Colo.)

---

**ORDER**

---

Before **KELLY** and **HARTZ**, Circuit Judges.

———————————————————

Mountain Coal Company, L.L.C. ("MCC") has appealed from the denial of its motion to intervene and it now seeks to stay the district court proceedings pending this court's consideration of its interlocutory appeal.  MCC also seeks expedited consideration of the merits of its appeal.

We consider the following factors to determine whether to grant a stay pending appeal: (1) the likelihood of success on the merits of the appeal; (2) the threat of irreparable harm if the stay does not issue; (3) the absence of harm to the opposing parties if the stay is granted; and (4) any risk of harm to the public interest.  10th Cir. R. 8.1.  We conclude that MCC has demonstrated its entitlement to a stay pending appeal.

The motion for a stay pending appeal and to expedite consideration of the merits of the appeal is GRANTED.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

-2-