# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RYAN ZINKE, in his official ) <br> capacity as Secretary of the United States ) <br> Department of the Interior, and BUREAU ) <br> OF LAND MANAGEMENT, ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 1:16-CV-00912-WJ-KBM |

## **STIPULATION OF PARTIAL DISMISSAL**

Plaintiff Western Energy Alliance ("Alliance") respectfully submits this stipulation of partial dismissal under Rule 41(a)(1)(A)(ii). On January 31, 2018, the United States Department of the Interior formally adopted a revised Instruction Memorandum (No. 2018-034) concerning Federal oil and gas leasing and management.[1] The Instruction Memorandum includes provisions that relate to the allegations raised in Counts II and III of the Alliance's Complaint. Given the Instruction Memorandum's adoption, the Alliance and Defendants stipulate to the dismissal of Counts II and III.

---

[1] A copy IM No. 2018-034 is attached to this filing for the Court's reference.

Submitted respectfully this 1st day of February, 2018,

|  |  |
|---|---|
|  | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>U.S. Department of Justice<br>Environment and Natural Resources Division |
| By:   */s/ Mark S. Barron*<br>Mark S. Barron<br>Alexander K. Obrecht<br>BAKER & HOSTETLER LLP<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202-2662<br>Telephone: 303.861.0600<br>Facsimile: 303.861.7805<br>mbarron@bakerlaw.com<br>aobrecht@bakerlaw.com | By:   */s/ John S. Most*<br>JOHN S. MOST<br>Natural Resources Section<br>P.O. Box 7611 Washington, D.C. 20044<br>202-616-3353 ‖ 202-305-0506 (fax)<br>John.Most@usdoj.gov<br><br>*Counsel for Defendants* |

*Counsel for Plaintiff Western Energy Alliance*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2018, a true and correct copy of the foregoing Stipulation to Partial Dismissal was served by filing a copy of that document with the Court's CM/ECF system, which will send notice of electric filing to all counsel of record.

    */s/ Mark S. Barron*
Mark S. Barron