IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RYAN ZINKE, in his official capacity as ) | Case No. 1:16-cv-00912-WJ-KBM |
| Secretary of the United States Department ) | |
| of the Interior, and BUREAU OF LAND ) | |
| MANAGEMENT, ) | |
| ) | |
| Federal Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| THE WILDERNESS SOCIETY, *et al.*, ) | |
| ) | |
| Intervenor-Movants. ) | |
| ) | |

## JOINT STATUS REPORT

Plaintiff Western Energy Alliance (the "Alliance"), Defendants Ryan Zinke and the Bureau of Land Management, and the Intervenor Conservation Groups submit respectfully this joint status report responsive to the order the Court filed on February 20, 2018. *See* Order for Filing of Joint Status Report, filed Feb. 20, 2018 (ECF No. 61). The parties state the following:

1.  On January 31, 2018, the United States Department of the Interior issued a new Instruction Memorandum addressing oil and gas leasing and management, which "includes provisions that relate to the allegations raised in Counts II and III of the Alliance's Complaint." Stipulation of Partial Dismissal, filed Feb. 1, 2018 (ECF No. 58). On February 1, 2018, the Alliance dismissed Counts II and III in light of the new Instruction Memorandum. *Id.* The only

claim that remains pending in this lawsuit is Count I, the Alliance's claim under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

2. At this time, the Alliance and the federal defendants believe that the only remaining issue to resolve under Count I is the amount of attorneys' fees to which the Alliance is entitled. The Alliance and federal defendants believe they can resolve that issue without the Court's involvement, but reserve the right to request the Court adjudicate the issue if the parties are unable to reach agreement.

3. In their motion to intervene, the Conservation Groups stated that "[s]o long as [the Conservation Groups] receive copies of all FOIA documents produced to [the Alliance], the Conservation Groups do not object if this Court grants intervention subject to a condition that the Conservation Groups may not participate in briefing or other proceedings that only address Count 1." Conservation Groups Mot. to Intervene at 3, filed Oct. 19, 2016 (ECF No. 11).

4. On December 18, 2017, the United States Court of Appeals for the Tenth Circuit reversed this Court's denial of the Conservation Group's motion to intervene. *See W. Energy All. v. Zinke*, 877 F.3d 1157 (10th Cir. 2017). Intervention with regard to proceedings on Count I was not in dispute in the appeal. The Tenth Circuit's opinion noted that the Alliance's FOIA claim "is not mentioned in the motion to intervene" and explained that Count I "is not relevant to this appeal." *Id.* at 1163.

5. The Conservation Groups request that the Court grant intervention subject to conditions consistent with their original motion. Neither the Alliance nor the federal defendants object to the Court granting the Conservation Groups intervention at this time, subject to the following conditions: (i) the Conservation Groups may not participate in any briefing regarding Claim I; and (ii) federal defendants will provide the Conservation Groups copies of all documents

produced in connection with the FOIA requests that are the subject of Claim I. These conditions are acceptable to the Conservation Groups.

Submitted respectfully this 13th day of March 2018,

JOHN C. ANDERSON
United States Attorney
District of New Mexico

/s/ *Manuel Lucero 3/12/18*
MANUEL LUCERO
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 224-1467
manuel.lucero@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
Natural Resources Section

*/s/ John S. Most*
JOHN S. MOST
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Post Office Box 7611
Washington, DC 20044
Telephone: 202.616.3353
john.most@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Mark S. Barron*
Mark S. Barron
Alexander K. Obrecht
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805
mbarron@bakerlaw.com
aobrecht@bakerlaw.com

*Counsel for Western Energy Alliance*

>*/s/ Michael S. Freeman*
> Michael S. Freeman
> Robin Cooley
> Yuting Chi
> EARTHJUSTICE
> 633 17th Street, Suite 1600
> Denver, Colorado 80202
> Phone: (303) 623-9466
> Facsimile: (303) 623-8083
> mfreeman@earthjustice.org
> rcooley@earthjustice.org
> ychi@earthjustice.org
>
> Kyle J. Tisdel
> Western Environmental Law Center
> 208 Paseo del Pueblo Sur, Suite 602
> Taos, New Mexico 87571
> Phone: (575) 613-8050
> tisdel@westernlaw.org
>
> *Attorneys for Intervenors*
>
> Samantha Ruscavage-Barz
> WildEarth Guardians
> 516 Alto St.
> Santa Fe, New Mexico 87501
> Phone: (505) 401-4180
> sruscavagebarz@wildearthguardians.org
>
> *Attorney for Intervenor WildEarth Guardians*
>
> Michael Saul
> Center for Biological Diversity
> 1536 Wynkoop Street, Suite 421
> Denver, CO 80202
> Phone: (303) 915-8308
> msaul@biologicaldiversity.org
>
> *Attorney for Intervenor Center for Biological Diversity*