IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WESTERN ENERGY ALLIANCE,

      Plaintiff,

      v.                                                        Case No. 16-cv-00912 WJ-KBM

RYAN ZINKE, in his official capacity
As Secretary of the United States Department
Of the Interior, and BUREAU OF LAND
MANAGEMENT,

      Defendants,

   and

THE WILDERNESS SOCIETY, *et al.,*

      Intervenors.

## ORDER GRANTING INTERVENTION

On December 18, 2017, the United States Court of Appeals for the Tenth Circuit reversed this Court's denial of the motion to intervene by Applicants for Intervention The Wilderness Society*, et al*. (the Conservation Groups). *See W. Energy All. v. Zinke*, 877 F.3d 1157 (10th Cir. 2017). In a March 12, 2018 status report, the Conservation Groups proposed conditions for their intervention in the remaining proceedings in this case. Doc. 63. Plaintiff and the Federal Defendants have indicated that they do not oppose a grant of intervention subject to those conditions. *Id*.

The Conservation Groups' motion to intervene is hereby GRANTED, subject to the following conditions: (i) the Conservation Groups may not participate in any briefing regarding Claim I; and (ii) Federal Defendants will provide the Conservation Groups timely copies of all


documents produced in connection with the Freedom of Information Act requests that are the subject of Claim I.

**IT IS SO ORDERED**.

_____
CHIEF UNITED STATES DISTRICT JUDGE