# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, | ) |
| Plaintiff, | ) |
| v. | ) |
| RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior, and BUREAU OF LAND MANAGEMENT, | ) Case No. 1:16-cv-00912-WJ-KBM |
| Defendants, | ) |
| and | ) |
| THE WILDERNESS SOCIETY, *et al.*, | ) |
| Intervenors. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Western Energy Alliance ("Alliance") respectfully submits this stipulation of dismissal under Rule 41(a)(1)(A)(ii). The Alliance and the federal defendants have reached an agreement resolving the amount of attorneys' fees owed to the Alliance– the only remaining claim for relief. Given the resolution, the Alliance, federal defendants, and Intervenors stipulate to the dismissal of Count I, which resolves the entirety of this case.

Submitted respectfully this 30th day of July, 2018,


JOHN C. ANDERSON
United States Attorney
District of New Mexico

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
Natural Resources Section


*/s/ John S. Most*  */s/ Mark S. Barron*
JOHN S. MOST                                    Mark S. Barron
U.S. Department of Justice                      Alexander K. Obrecht
Environment & Natural Resources Division        BAKER & HOSTETLER LLP
Natural Resources Section                       1801 California Street, Suite 4400
Post Office Box 7611                            Denver, Colorado 80202-2662
Washington, DC 20044                            Telephone: 303.861.0600
Telephone: 202.616.3353                         Facsimile: 303.861.7805
john.most@usdoj.gov                             mbarron@bakerlaw.com
                                                aobrecht@bakerlaw.com

MANUEL LUCERO
Assistant United States Attorney                *Counsel for Western Energy Alliance*
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 224-1467
manuel.lucero@usdoj.gov

*Counsel for Federal Defendants*

4814-8177-2396.2

/s/ Michael S. Freeman
Michael S. Freeman
Robin Cooley
Yuting Chi
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, Colorado 80202
Phone: (303) 623-9466
Facsimile: (303) 623-8083
mfreeman@earthjustice.org
rcooley@earthjustice.org
ychi@earthjustice.org

Kyle J. Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
Phone: (575) 613-8050
tisdel@westernlaw.org

*Attorneys for Intervenors*

Samantha Ruscavage-Barz
WildEarth Guardians
516 Alto St.
Santa Fe, New Mexico 87501
Phone: (505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorney for Intervenor WildEarth Guardians*

Michael Saul
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
Phone: (303) 915-8308
msaul@biologicaldiversity.org

*Attorney for Intervenor Center for Biological Diversity*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served by filing a copy of that document with the Court's CM/ECF system, which will send notice of electric filing to all counsel of record.

                                               */s/ Mark S. Barron*
                                               Mark S. Barron

4814-8177-2396.2